IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| CHRISTOPHER MARTIN, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RICHARDSON FLOOR COVERING COMPANY, INC.,<br><br>　　　　Defendant. | CIVIL ACTION NO.:<br>3:15-cv-00162-TCB<br><br>JURY TRIAL DEMANDED<br><br>COLLECTIVE CERTIFICATION SOUGHT |

**JOINT MOTION TO APPROVE SETTLEMENT OF
FLSA CLAIMS AND DISMISS CASE WITH PREJUDICE**

COMES NOW, the Plaintiff, Christopher Martin ("Plaintiff"), and Defendant, Richardson Floor Covering Company, Inc., ("Defendant") and jointly move the Court to approve a settlement of this case and dismiss this case with prejudice. In support thereof, the parties state as follows:

1.　Plaintiff commenced this action maintaining that Defendant had failed to pay him all overtime due pursuant to the Fair Labor Standards Act ("FLSA"). Defendant denied all of the allegations by the Plaintiff.

2.　The parties are represented by experienced employment counsel and following informal exchange of relevant information, have entered into a

confidential settlement agreement in an effort to resolve their bona fide dispute without protracted litigation. All parties agree that it is appropriate to maintain the settlement agreement as confidential.

3. Plaintiff's FLSA claim cannot be released and waived by virtue of a private settlement entered into between the parties. See <u>Lynn's Food Stores, Inc. v. US. Dep't of labor,</u> 679 F.2d 1350 (11th Cir. 1982). Court approval is required in the context of this case.

4. In order to maintain the confidentiality of the settlement, the settlement agreement has or will be submitted to the Court under seal, pursuant to the Court's Order of February 11, 2016.

5. Counsel for the parties represent to the Court that the settlement is fair and reasonable and adequately compensates the Plaintiff regarding his disputed FLSA claims. The settlement is intended to resolve and satisfy all of Plaintiff's wage and hour claims under the FLSA, such as back wages, potential liquidated damages and attorneys' fees and costs related to his claim for overtime pay.

6. The parties have separately submitted a proposed Order by which the Court would approve the settlement and dismiss this case with prejudice.

WHEREFORE, the parties jointly request that the Court approve the settlement as a fair and reasonable resolution of the Plaintiff's FLSA wage and hour claims and dismiss this case with prejudice.

### CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), the undersigned counsel for Defendant certify that this document has been prepared in Times New Roman, 14-point font, which is one of the fonts and point selections approved by the Court in Local Rule 5.1(B).

Respectfully submitted this 12th day of February, 2016.

| CONSENTED TO BY: | SUBMITTED BY: |
|---|---|
| */s/ V. Severin Roberts* **\*** | /s/ *Bennet D. Alsher* |
| V. Severin Roberts | Bennet D. Alsher |
| Georgia Bar No. 940504 | Georgia Bar No. 013682 |
| vsroberts@bf-llp.com | balsher@fordharrison.com |
| Amanda A. Farahany | Telephone: (404) 888-3852 |
| Georgia Bar No. 646135 | Facsimile:  (404) 832-8702 |
| amanda@bf-llp.com | Henry F. Warnock |
| Barrett & Farahany, LLP | Georgia Bar No. 232668 |
| 1100 Peachtree Street, Suite 500 | hwarnock@fordharrsion.com |
| Atlanta, GA 30309 | Telephone : (404) 888-3808 |
| Telephone: (404) 214-0120 | Facsimile:   (404) 832-8734 |
| Facsimile:  (404) 214-0125 | FORD & HARRISON LLP |
|  | 271 17th Street,  NW, Suite 1900 |
| ***with express permission** | Atlanta, GA  30363 |
|  |  |
| Attorneys for Plaintiff | Attorneys for Defendant |

WSACTIVELLP:8235913.1