IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| CHRISTOPHER MARTIN, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RICHARDSON FLOOR COVERING COMPANY, INC.,<br><br>　　　　Defendant. | CIVIL ACTION NO.:<br>3:15-cv-00162-TCB<br><br>JURY TRIAL DEMANDED<br><br>COLLECTIVE CERTIFICATION SOUGHT |

### ORDER APPROVING SETTLEMENT AND DISMISSING CASE WITH PREJUDICE

This matter is before the court upon the parties' Joint Motion To Approve Settlement of FLSA Claims and Dismiss Case With Prejudice, ("Joint Motion") (Doc.16). This case involves claims under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, for alleged unpaid overtime wages.

The court has reviewed the parties' Joint Motion and the Settlement Agreement submitted to chambers under seal. The court finds that each party was represented by attorneys who are experienced in employment law and, more specifically, FLSA litigation. In light of the above, the court is of the opinion that the parties' settlement reflects a fair and reasonable resolution of the FLSA claims.

Consequently, the court ORDERS as follows:

1. The court GRANTS the parties' Joint Motion.

2. The court APPROVES the form of the Settlement Agreement and directs that the original agreement submitted to chambers be kept "under seal" to protect the parties' confidentiality concerns.

3. The court APPROVES the monetary distribution as to the Plaintiff as described in the sealed Settlement Agreement and ORDERS the Defendants to make payments accordingly.

The court DISMISSES this case with prejudice, while retaining jurisdiction to enforce the Settlement Agreement. Each party is to bear its/their own expenses and attorney fees.

DONE and ORDERED this 12th day of February, 2016.

_____
Timothy C. Batten, Sr.
United States District Judge